UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KATHLEEN KNIGHT & GLENN KNIGHT, <br>     PLAINTIFFS, <br> v. <br> TARGET CORPORATION, <br>     DEFENDANT. | NO. 1:17-CV-782 <br> HON. PAUL L. MALONEY |

## JUDGMENT

In accordance with the Court's Opinion and Order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date:  November 1, 2018                                                           /s/ Paul L. Maloney  
                                                                                                           Paul L. Maloney  
                                                                                                           United States District Judge